# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information Maintained by Cellco Partnership dba<br>Verizon Wireless for Telephone Bearing Number<br>305-401-3870 | ) ) ) ) ) ) )  Case No. 8:18-cr-1035-KFM |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____New Jersey_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____November 15, 2018_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Kevin F. McDonald, United States Magistrate Judge_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 11/01/2018 ~~0:00 am~~ 3:52 p.m.    _____/s/_____
                                                                                                            *Judge's signature*

City and state: _____Greenville, South Carolina_____    _____Kevin F. McDonald, United States Magistrate Judge_____
                                                                                                          *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 11/2/18 | Copy of warrant and inventory left with: Verizon |
| Inventory made in the presence of: Verizon | | |
| Inventory of the property taken and name of any person(s) seized: | | |

A file was received from Verizon on 11/2/18 that contained "cdr download;" "cell site incoming outgoing;" "historical call details;" "historical call/text messaging detail;" "payment history;" "subscriber information;" "tdr2 download;" and "text message detail."

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/14/18
Returned 11/14/18

_Executing officer's signature_

Special Agent
_Printed name and title_

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information from October 13, 2018 to October 23, 2018 for **TARGET TELEPHONE** 305-401-3870 that is stored at premises owned, maintained, controlled, or operated by Verizon Wireless, a wireless provider headquartered at 180 Washington Valley Road, Bedminster, NJ 07912.

# ATTACHMENT B

## Particular Items to be Seized

**I.  Information to be searched**

   (a)   All text and multimedia messages, including audio, video, pictures, date and time of messages, associated logs, and identification numbers associated with the handsets sending and receiving the messages;

   (b)   associated logs, and identification numbers associated with the handsets sending and receiving the messages from October 13, 2018 to October 23, 2018 for **TARGET TELEPHONE** 305-401-3870;

   (c)   All transactional information of all activity of the telephones and /or voicemail accounts described above, including log files, messaging logs, local and long distance telephone connection records, records of session times and durations, dates and times of connecting, methods of connecting, telephone numbers associated with outgoing and incoming calls, cell towers used, and/or locations between the dates of October 13, 2018 to October 23, 2018 for **TARGET TELEPHONE** 305-401-3870;

   (d)   Records of incoming and outgoing telephone calls for the target accounts between October 13, 2018 to October 23, 2018 for **TARGET TELEPHONE** 305-401-3870;

   (e)   Subscriber information for the account holder, including a copy of any cellular application and/or credit applications, and documents showing payment for the account.

**II.  Information to be seized by the government**

All information described above in Section I that constitute evidence of violations of 21 U.S.C. §§ 841(a), 843(b) and 846.